■■ The People of the State of New York, Respondent, v John E. Laraby, Appellant. [665 NYS2d 180] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of manslaughter in the first degree (Penal Law § 125.20 [1]) and criminal trespass in the second degree (Penal Law § 140.15). We reject the contention of defendant that the unauthorized removal of life support equipment from the comatose victim constituted a supervening cause of death, thereby relieving him of criminal liability for the victim's death (*see, People v Eulo*, 63 NY2d 341, 357; *see also, People v Vaughn*, 152 Misc 2d 731, 737-743). The proof is overwhelming that defendant's conduct in beating the victim was "an actual contributory cause of death" (*Matter of Anthony M.*, 63 NY2d 270, 280). We also reject the contention of defendant that his sentence of 8 to 25 years on his manslaughter conviction is unduly harsh or severe. (Appeal from Judgment of Oneida County Court, Donalty, J.—Manslaughter, 1st Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Fallon, JJ.